DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALLIE BESSETTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1527

_____

January 31, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Allie Bessette, pro se.


PER CURIAM.

Affirmed.


CASANUEVA, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.